AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WALTER L. TAMOSAITIS, PHD, an individual, and SANDRA B. TAMOSAITIS, representing the marital community,

v.

URS CORPORATION a Delaware Corporation; URS ENTERGY & CONSTRUCTION, INC., an Ohio Corporation, and the DEPARTMENT OF ENERGY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5157-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Pursuant to ECF Nos. 97, 98, 100 and 159, judgment is entered for all named Defendants on all of the claims asserted against them by the named Plaintiffs.

October 10, 2012
*Date*

JAMES R. LARSEN
*Clerk*

s/Virginia Reisenauer
*(By) Deputy Clerk*

Virginia