UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER L. TAMOSAITIS, PHD, an individual,<br><br>Plaintiff,<br><br>-vs-<br><br>URS ENERGY & CONSTRUCTION, INC., an Ohio Corporation,<br><br>Defendant. | NO. CV-11-5157-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties (ECF No. 183), filed September 23, 2015,

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, Plaintiff's claims against Defendant URS Energy & Construction, Inc., are dismissed with prejudice.

The District Court Executive is directed to file this Order, provide copies to counsel **AND CLOSE THE FILE.**

**DATED** this 24th day of September, 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1